### WOOD and Others *v.* BREWER.

*Tuesday, May 26.*

APPEAL from the *Randolph* Circuit Court.

*Per Curiam.*—This is an appeal from the refusal of the Circuit Court to set aside the appointment of a receiver. An appeal does not lie from an interlocutory order, except by statute. An appeal does not lie from orders touching

the appointment, or refusal to appoint, receivers. They are interlocutory orders, and the statute on the subject of appeal from such orders, does not embrace orders relative to receivers. See 2 R. S. p. 162, s. 576.

The appeal is dismissed with costs.

*G. W. Julian*, for the appellants.

*W. A. Peelle*, for the appellee.